IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LENROY McLEAN,<br>   # 038 204 192,<br>      Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | No. 3:24-CV-2654-B-BW |
| VILLEGAS MARCELLO,<br>      Respondent. | §<br>§<br>§ | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court will, by separate judgment, DISMISS the *Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241*, received on October 22, 2024 (Dkt. No. 3), without prejudice for lack of jurisdiction.

A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). If Petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

**SIGNED this 17th day of July, 2025.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE